ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 0 6 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:08-CV-1960 |
| ROBERTSON SANITATION,<br>A DIVISION OF REPUBLIC<br>SERVICES, INC. | JURY TRIAL DEMAND |
| Defendant. | |

TCB

## COMPLAINT

This is an action under Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Jeanine Moore ("Moore") and a class of similarly situated female applicants ("class members") who applied for Truck Driver positions with Robertson Sanitation, a Division of Republic Services, Inc. (the "Defendant" or "Employer") in its Winder, Georgia and Austell, Georgia facilities and who were adversely affected by such practices. The Plaintiff alleges that Defendant engaged in a

1

pattern or practice of unlawful sex discrimination by not hiring female applicants for the position of Truck Driver in its Winder and Austell, Georgia facilities.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) and 2000e-6 ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Georgia, Atlanta Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and 2000e-6.

4. At all relevant times, Defendant Employer has continuously been a corporation doing business in the State of Georgia and the cities of Austell and Winder, and has continuously had at least 15 employees.

2

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Jeanine Moore filed a charge of discrimination with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least January 1, 2005, Defendant Employer engaged in unlawful employment practices at its Austell and Winder locations, in violation of Section 703(a) of Title VII, 42 U.S.C. §2000e-2(a), by unlawfully subjecting Jeanine Moore and other female class members to a pattern or practice of discriminatory treatment by failing to hire them for truck driver positions because of their sex, female.

8. The effect of the practice(s) complained of in paragraph 7 above has been to deprive Jeanine Moore and the class members of equal employment opportunities and, otherwise, adversely affect their status as applicant(s) for employment because of their sex.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

3

10.  The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Jeanine Moore and the class members.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in a pattern and practice of not hiring female applicants for the position of Truck Driver in its Georgia facilities, and engaging in any other employment practice which discriminates on the basis of sex.

B.  Order Defendant Employer, to institute and carry out policies, practices, and programs which provide equal employment opportunities for all women, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant Employer to make whole Jeanine Moore and the class members, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful-place hiring of Jeanine Moore and the affected class members.

D.  Order Defendant Employer to make whole Jeanine Moore and the class members, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including job search expenses, and relocation expenses, in amounts to be determined at trial.

E.  Order Defendant Employer to make whole Jeanine Moore and the class members, by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.  Order Defendant Employer to pay to Jeanine Moore and the class members punitive damages for its malicious and/or reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs in this action.

[Jury Trial Demand and signature page follows]

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

Ronald S. Cooper
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

6/5/2008
Date

Robert Dawkins
Regional Attorney
Georgia Bar No.: 076206

Vincent Hill
Trial Attorney
Georgia Bar No.: 354723

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Atlanta District Office
100 Alabama St., SW, Suite 4R30
Atlanta, Georgia 30303
(404) 562-6818    (direct)
(404) 562-6905    (facsimile)