IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) ) | |
| | ) | NO. 1:08-CV-1960-TCB-JFK |
| ROBERTSON SANITATION, a Division of Republic Services, Inc., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties having announced that the above case is settled, the Court hereby DIRECTS the Clerk to administratively close the case. The parties shall execute the settlement documents and file the dismissal no later than December 3, 2008. Should settlement negotiations fail, parties may move to reopen this case within the designated period set for filing of the dismissal documents.[1]

IT IS SO ORDERED this 19th day of November, 2008.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. Parties need only file a motion to reopen the case before the deadline indicated. In addition, this order will not prejudice the rights of the parties to this litigation in any manner.